No. 25,556.

SOL C. SALZENSTEIN and ALBERT C. SALZENSTEIN, *Appellants*, v. (W. H. LATHROM et al.) WILLIAM FOWLER and IDA FOWLER, *Appellees*.

Appeal from Coffey district court; WILLIAM C. HARRIS, judge. Opinion filed January 10, 1925. Reversed.

*S. D. Scott*, of Olathe, and *Roscoe Graves*, of Burlington, for the appellants. *Joe Rolston*, of Burlington, for the appellees.

MEMORANDUM DECISION.

The decision of the court was announced by

BURCH, J.: By stipulation, disposition of this case is controlled by the decision in the case of *Bryner v. Reynolds*, ante, p. 427. Therefore this cause is remanded to the district court with directions to proceed in accordance with the views expressed in the opinion in the case of *Bryner v. Reynolds*.